# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDEN SURGICAL CENTER,<br><br>         Plaintiff,<br><br>   vs.<br><br>SALLY BEAUTY HOLDINGS, INC. AND SALLE BEAUTY HOLDINGS, INC. HEALTH AND WELFARE PLAN,<br><br>         Defendants. | Case No.: CV13-3112-AJW<br><br>Honorable Andrew J. Wistrich<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |

The Court, having reviewed the Joint Stipulation regarding Dismissal of Entire Action with Prejudice, finds that good cause exists to enter an Order approving said Stipulation.

IT IS THEREFORE ORDERED that the entire action is DISMISSED WITH PREJUDICE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure. Each Party will bear their own costs and attorneys' fees in this matter.

Dated:    _7/16/2013_____           /s/ Andrew J. Wistrich_____
                                     Honorable Andrew J. Wistrich
                                     United States District Court Judge

1

LEGAL02/34266186v1

| | | |
|---|---|---|
| 1 | Respectfully submitted, | |
| 2 | Dated: July 15, 2013 | BRADLEY E. JEWETT<br>THE JEWETT LAW GROUP, INC. |
| 3 | | |
| 4 | | /s/ |
| 5 | | _____<br>Bradley E. Jewett |
| 6 | | |
| 7 | | Attorneys for Plaintiff<br>**EDEN SURGICAL CENTER** |
| 8 | | |
| 9 | Dated: July 15, 2013 | NICOLE C. RIVAS<br>ALSTON & BIRD LLP |
| 10 | | |
| 11 | | /s/ |
| 12 | | _____<br>Nicole C. Rivas |
| 13 | | Attorneys for Defendants **SALLY BEAUTY HOLDINGS, INC. AND SALLY BEAUTY HOLDINGS, INC. HEALTH & WELFARE PLAN** |

2

LEGAL02/34266186v1